UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| JARED CANTRELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:21-cv-112-KAC-SKL |
| MARION COUNTY, *et al.* | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff Jared Cantrell's motion to amend the Scheduling Order [Doc. 39]. Plaintiff requests an extension of the discovery deadline from September 2 to September 23, 2022. Plaintiff explains the extension is necessary because many of the fact witnesses and at least one Defendant have yet to be deposed. Plaintiff attributes the delay to these individuals' participation in the aftermath and investigation of a recent helicopter crash in Marion County, which involved a Marion County Deputy Sheriff and a Tennessee Highway Patrol Officer. Defendants have indicated they do not oppose Plaintiff's requested extension.

Accordingly, Plaintiff's unopposed motion to amend the scheduling order [Doc. 39] is **GRANTED** and the Scheduling Order [Doc. 20] is hereby amended to reflect that all discovery, including expert depositions, shall be completed by **SEPTEMBER 23, 2022**. All other deadlines in the Scheduling Order [Doc. 20] are unaffected by this Order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE