UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JARED CANTRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 1:21-CV-112-KAC-SKL |
| v. | ) |
| | ) |
| MARION COUNTY, a local public entity; | ) |
| SHERIFF RONNIE "BO" BURNETTE, | ) |
| Individually and in his Official Capacity; | ) |
| DOES #1-10, Individually and in their | ) |
| Official Capacities; | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Susan K. Lee's "Report and Recommendation" ("Report") entered on August 12, 2022 [Doc. 38]. On July 20, 2022, Plaintiff Jared Cantrell filed a "Motion for Leave to Amend Complaint" [Doc. 30] and supporting brief [Doc. 31]. Defendants Marion County and Sheriff Ronnie Burnette filed a response and brief in opposition to the motion [Docs. 34, 35]. Plaintiff did not file a reply in support of his motion, and the time for doing so has passed. *See* E.D. Tenn. L.R. 7.1.

In her Report, Judge Lee recommends that the Court deny Plaintiff's "Motion for Leave to Amend Complaint" [Doc. 30]. Neither Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** Judge Lee's Report [Doc. 38] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court **DENIES** Plaintiff's "Motion for Leave to Amend Complaint" [Doc. 30].

IT IS SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

2